NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPECIALTY FERTILIZER PRODUCTS, LLC,**
*Appellant*

**v.**

**SHELL OIL COMPANY,**
*Appellee*

**JOSEPH MATAL, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2016-2347

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,388.

---

**JUDGMENT**

---

JOHN M. COLLINS, Hovey Williams LLP, Overland Park, KS, argued for appellant. Also represented by SCOTT R. BROWN, MATTHEW B. WALTERS.

HENRY A. PETRI, JR., Polsinelli PC, Washington, DC, argued for appellee. Also represented by JASON W. BRYAN, Houston, TX.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, FARHEENA YASMEEN RASHEED, SCOTT WEIDENFELLER.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 8, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |